## 8658. WALLACE v. KIMBALL COMPANY.

GEORGE, J. If it be conceded that, under the allegations of the petition, the defendant's foreman in charge of its packing and shipping department was its vice-principal, it nevertheless appears, from further allegations of the petition, that, as to the negligence on his part which brought about the injury, he was a mere fellow servant of the plaintiff. The petition, therefore, was properly dismissed on general demurrer. While doing a servant's work engaged solely in executing the ordinary details of labor in connection with another servant, a foreman who in other respects stands in the place of the master is a fellow servant, and his negligence therein will not render the master liable to the other servant, except where the master is a railroad company. Civil Code (1910), § 3129; *Studevant* v. *Blue Springs Lumber Co.*, 16 *Ga. App.* 668 (3) (85 S. E. 977), and cases there cited.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JULY 25, 1917.

Action for damages; from Fulton superior court—Judge Pendleton. December 7, 1916.

*Neufville & Neufville,* for plaintiff.

*William E. Arnaud,* for defendant.

---

## 8671. BEDGOOD v. FLOYD.

GEORGE, J. This was a statutory motion to set aside a judgment. Civil Code (1910), §§ 4358, 5958. It is essential to the validity of such a motion that it affirmatively appear that the motion was presented to the judge and filed in term time. It affirmatively appears from the record that the motion was presented to the judge of the superior court at chambers, and the bill of exceptions recites that it was "made in vacation after the court had adjourned." Having been begun in vacation, the proceeding was a nullity, and the judge of the superior court had no authority to entertain the motion. See *Malsby* v. *Studstill*, 127 *Ga.* 726, 728 (56 S. E. 988), and cases there cited. The order denying the motion will be construed as an order dismissing it; and, for the reason stated, the judgment is

*Affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JULY 25, 1917.

Motion to set aside judgment; from Campbell superior court—Judge Smith. June 13, 1916.

*James & Bedgood,* for plaintiff in error.

*J. F. Golightly,* contra.